UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURA CAMILO and CARLOS MEJIA, on behalf of themselves, individually, and on behalf of all others similarly-situated,

                Plaintiffs,

-against-

PARRILLA LATINA RESTAURANT, INC., and 2501 WEBSTER RESTAURANT CORP., and YSIDRO RAMIREZ, individually, and TOMASA IZAQUIRRE, individually, and YVETTE IZAGUIRRE, individually,

                Defendants.

18-CV-9163 (JPO)
<u>JUDGMENT</u>

**WHEREAS**, on December 16, 2019, Defendants 2501 Webster Restaurant Corp., and Tomasa Izaquirre, and Yvette Izaguirre, having offered named-Plaintiffs Aura Camilo and Carlos Mejia, and opt-in Plaintiffs David Galan-Batista, Marcos Herrera, and Arturo Aparicio ("Plaintiffs"), to take a judgment against them in this action pursuant to Federal Rule of Civil Procedure 68 in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of any and all costs, prejudgment interest, statutory penalties, and recoverable attorneys' fees accrued to date, apportioned as follows:

Aura Camilo: $5,464.08;

Carlos Mejia: $5,464.08;

Marcos Herrera: $5,464.08;

David Galan Batista: $5,464.07;

Arturo Aparicio: $5,464.07; and

1

Attorneys' fees and costs to Borrelli & Associates, P.L.L.C.: $22,679.62, of which $16,666.67 is attorneys' fees and $6,012.95 is costs and expenses;

**WHEREAS,** on December 19, 2019, Plaintiffs filed their Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of named-Plaintiffs Aura Camilo and Carlos Mejia, and opt-in Plaintiffs David Galan-Batista, Marcos Herrera, and Arturo Aparicio, as against Defendants 2501 Webster Restaurant Corp., and Tomasa Izaquirre, and Yvette Izaguirre, jointly and severally, for Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of any and all costs, prejudgment interest, statutory penalties, and recoverable attorneys' fees.

SO ORDERED.

Dated: January 6, 2020
New York, New York

J. PAUL OETKEN
United States District Judge